IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSS MITCHELL and BLANCA MITCHELL,<br><br>Plaintiffs,<br><br>vs.<br><br>PATHE DIALLO, WERNER ENTERPRISES, INC., WERNER TRANSPORTATION, INC., GRA-GAR, LLC, WERNER GLOBAL LOGISTICS, INC., WERNER GLOBAL LOGISTICS, U.S., LLC, WERNER LEASING, LLC, WERNER MANAGEMENT, INC., PHILLIPS MANUFACTURING, CO., PHILLIPS MANUFACTURING CO. OF OHIO, LLC, and PHILLIPS REALTY, LLC,<br><br>Defendants. | 8:19CV570<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw filed by Joseph E. Jones, as counsel of record for Defendants (Filing No. 61) is granted. Mr. Jones shall no longer receive electronic notice in this case.

Dated this 15th day of January, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge