IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSS MITCHELL, and BLANCA MITCHELL, <br><br> Plaintiffs, <br><br> vs. <br><br> PHILLIPS MANUFACTURING, CO.; PHILLIPS MANUFACTURING CO. OF OHIO, LLC; and PHILLIPS REALTY, LLC, <br><br> Defendants. | 8:19CV570 <br><br> **ORDER FOR DISMISSAL ON STIPULATION** |

This case is before the Court on the February 27, 2023, Stipulation for Dismissal. Filing 109. The Stipulation follows settlement of the case. It is signed by the only remaining parties in the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS ORDERED that the February 27, 2023, Stipulation for Dismissal, Filing 109, is granted, and this action is dismissed, with prejudice, and with each of the remaining parties to pay its own costs and attorneys' fees. The Clerk of Court shall terminate the case.

Dated this 27th day of February, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1